UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAVID ALLEN FARMER,

    Plaintiff,                  Case No. 3:20-cv-18

vs.

DENNIS J. LANGER, *et al.*,        District Judge Walter H. Rice
                                              Magistrate Judge Michael J. Newman

    Defendants.

## ORDER OF RECUSAL

Having been named as a Defendant in this case, the undersigned hereby **RECUSES** himself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

Date:   January 21, 2020                 s/ Michael J. Newman
                                                          Michael J. Newman
                                                          United States Magistrate Judge