# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DAVID ALLEN FARMER, | Case No. 3:20-cv-00018 |
| Plaintiff, | District Judge Walter H. Rice |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| DENNIS J. LANGER, et al., | |
| Defendants. | |

## ORDER

Plaintiff David Allen Farmer, an inmate at the Marion Correctional Institution, has filed a *pro se* Complaint and an application for leave to proceed *in forma pauperis*. His application, however, uses an out-of-date form and does not provide all the information presently required in support of such applications, including, but not limited to a Certificate to be completed by the institution of incarceration concerning the sum of money he has in his inmate account. The Clerk of Court is therefore directed to send to Plaintiff a copy of the current Application And Affidavit By Incarcerated Person To Proceed Without Prepayment Of Fees.

The Court **ORDERS** that **on or before February 24, 2020**, Plaintiff shall either pay the required $400 filing fee pursuant to 28 U.S.C. §1914(a) or complete and return to the Clerk of Court his Application And Affidavit By Incarcerated Person To Proceed Without Prepayment Of Fees. Plaintiff is placed on notice that a failure to timely comply with this Order may result in dismissal of his Complaint for failure to prosecute.

January 22, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge