IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID ALLEN FARMER,          :

         Plaintiff,

                     :          Case No. 3:20-cv-18

         v.                   :

                                   JUDGE WALTER H. RICE

DENNIS J. LANGER, *et al.*,

         Defendants.          :

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION FOR
RECUSAL (DOC. #4); REFERRING CASE TO CLERK OF COURTS
FOR REASSIGNMENT

---

Having been named as a Defendant in this case, the undersigned SUSTAINS

Plaintiff's Motion for Recusal, Doc. #4, and RECUSES himself from this matter.

This case is referred to the Clerk of Courts for reassignment.

Date: January 31, 2020                    _____
                                         WALTER H. RICE
                                         UNITED STATES DISTRICT JUDGE